IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00011-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     EMMANUEL FORSON; and
2.     FREDERIC AGBENYO,

        Defendants.

## ORDER

THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defendants (Motion) **(#51)**. Having reviewed the Motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same.

**IT IS THEREFORE ORDERED** that the Government's Motion is **GRANTED**, and that Grand Jury materials as described in the motion may be disclosed to Defendants and their attorneys in the course of discovery in this case. It is

**FORTHER ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendants and their attorneys; and that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this 2nd day of May, 2012.

                                                **BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge