**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Criminal Action No. 12-cr-00011-MSK

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**FREDERICK AGBENYO,**

       Defendant.

---

**JUDGMENT IN A CRIMINAL CASE**

---

      **THIS MATTER** comes before the Court on receipt of an unanimous jury verdict. Pursuant to the verdict, the Defendant, Frederick Agbenyo, is adjudged NOT GUILTY on all counts in the Superseding Indictment in the matter. His bond is exonerated and he shall be released from custody in the case forthwith.

      Dated this 11th day of May, 2012

                                       **BY THE COURT:**

                                       */s/ Marcia S. Krieger*

                                       Marcia S. Krieger
                                       United States District Judge